IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MONICA R. MILLER, | |
|---|---|
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 19-00965 |
| LEHIGH UNIVERSITY, | |
| *Defendant.* | |

# <u>ORDER</u>

**AND NOW**, this 20th day of February 2020, upon consideration of Lehigh's Motion for Summary Judgment (ECF No. 69), Miller's Response Opposing Summary Judgment (ECF No. 70), Lehigh's Motion to Proceed per Rule 56(e)(3) (ECF No. 71) and Miller's Response Opposing Proceeding per Rule 56(e)(3) (ECF No.73), and following oral argument by counsel for the parties (ECF No. 76), it is **ORDERED** that:

1) Lehigh's Motion for Summary Judgment (ECF No. 69) is **GRANTED**;

2) Judgment is **ENTERED** in Lehigh's favor on all claims; and

3) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.